904

No. 977. WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* JAMES ET AL. Appeal from D. C. S. D. N. Y. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. Application for stay denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that the stay should be granted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for appellant Wyman. *Jonathan Weiss* for appellees. *Messrs. Lefkowitz* and *Hirshowitz* on the application for stay. *Lee A. Albert* in opposition to the application.

No. 891. MONITOR PATRIOT CO. ET AL. *v.* ROY, EXECUTRIX. Sup. Ct. N. H. Certiorari granted. *Joseph A. Millimet* for petitioners. *Stanley M. Brown* for respondent.

No. 947. ROSENBLOOM *v.* METROMEDIA, INC. C. A. 3d Cir. Certiorari granted. *Benjamin Paul* for petitioner. *Bernard G. Segal, Irving R. Segal, Samuel D. Slade,* and *Carleton G. Eldridge, Jr.,* for respondent.

No. 1033. ABATE ET AL. *v.* MUNDT ET AL. Ct. App. N. Y. Certiorari granted. *Frank P. Barone* for Abate, *Doris Friedman Ulman* for Molof et al., and *Paul H. Rivet* for O'Sullivan et al., petitioners. *J. Martin Cornell* for respondents.